1

2

3

4  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

IMPORVENDA PRODUTOS ALIMENTARES
7  LDA,

8          Plaintiff(s),                          NO. C05-258

9      v.                                         MINUTE ORDER

10  ADAK FISHERIES LLC,

11          Defendant(s).

12

13

14      The following minute order is made by the direction of the court, the Honorable Marsha J.

15  Pechman:

16      At the joint request of the parties, the noting date for Plaintiff's Motion to Compel Discovery

17  Responses (Dkt. No. 11) is continued to **August 5, 2005.**

18

19      Filed this 26th day of July, 2005.

20                                          BRUCE RIFKIN, Clerk

21

22                                          By      /s Mary Duett
                                                    Deputy Clerk

23

24

25

26  MINUTE ORDER