UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMPORVENDA PRODUTOS ALIMENTARES, LDA,

          Plaintiff(s),

  v.

ADAK FISHERIES, LLC, et al.,

          Defendant(s).

NO. C05-258P

ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

The above-entitled Court, having received and reviewed:

1. Imporvenda's Motion to Compel Discovery Responses

2. Declaration of R. Bruce Johnston in Opposition to Motion to Compel Discovery

3. Reply to Bruce Johnston's Declaration in Opposition to Motion to Compel

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is GRANTED; Defendant shall respond to the discovery requests by August 26, 2005.

IT IS FURTHER ORDERED that Plaintiff is awarded $1,000 in attorney's fees for the cost of bringing this motion. The Court recognizes that the fault for the delay at issue here does not lie with Defendant's new counsel, but the cost of bringing this matter to the Court's attention should not be borne by Plaintiff. The award shall be paid within 15 days of the date of this order.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: August __11_, 2005

*[signature]*

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN
TO COMPEL - 1**