UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMPORVENDA PRODUTOS ALIMENTARES, LDA,

        Plaintiff(s),

  v.

ADAK FISHERIES, LLC,

        Defendant(s).

NO. C05-258P

ORDER ON MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

    THIS DAY this cause came to be heard upon the Motion to Amend Answer and Affirmative Defenses to Adak's Counterclaims of the Plaintiff Imporvenda Produtos Alimentares, LDA ("Imporvenda").

    The Court, upon consideration of the Motion and response of defendant Adak Fisheries, and otherwishe being fully informed on the premises,

    IT IS HEREBY ORDERED that Imporvenda may file its amended answer and affirmative defenses to Adak Fisheries' counter-claims;

    IT IS FURTHER ORDERED that Adak Fisheries may conduct discovery, including additional interrogatories and requests for production, concerning Imporvenda's new affirmative defenses, and, if necessary, move to compel discovery after the Court's pending January 6, 2006 deadline for filing discovery motions.

    IT IS FURTHER ORDERED that the parties are to meet and confer and draft a written plan for additional discovery and submit their plan to the Court within 15 days of this order.

    The clerk is directed to provide copies of this order to all counsel of record.

    Dated: December 20, 2005

                                                    Marsha J. Pechman

**ORD ON MTN - 1**

U.S. District Judge

ORD ON MTN - 2